# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANDRA D. DIGGS,

        Plaintiff,

vs.

NANCY A. BERRYHILL,

        Defendant.

Civil No. 16-cv-955-JPG-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Sandra D. Diggs.

DATED: 8/10/2017

                        **JUSTINE FLANAGAN,**
                        **Acting Clerk of Court**

                        **BY:** *s/Tina Gray,*
                              **Deputy Clerk**

**Approved:**
*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**